# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER: Circuit Rule 33 - Briefing**

June 27, 2025

*By the Court*:

| | |
|---|---|
| No. 24-1699 | JUANA GARCIA RODRIGUEZ, et al., Petitioners<br><br>v.<br><br>PAMELA J. BONDI, Attorney General of the United States, Respondent |
| **Originating Case Information:** | |
| Agency Case Nos: A206-913-896, A206-913-897, A206-913-898 **&** A206-913-899<br>Board of Immigration Appeals | |

Pursuant to Circuit Rule 33, briefing in this appeal shall proceed as follows:

1. The brief and required short appendix of the petitioners is due by November 17, 2025.

2. The brief of the respondent is due by December 17, 2025.

3. The reply brief of the petitioners, if any, is due by January 21, 2026.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_CR33_Briefing**     (form ID: **193**)